IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| SARAH MARTIN, ) | C.A. NO.: |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF REMOVAL |
| ) | |
| OLD DOMINION FREIGHT LINE, ) | |
| AND JOHN DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The notice of the Defendants, Old Dominion Freight Line, Inc. (incorrectly above-named) and John Doe, respectfully shows unto this Honorable Court:

That the above-entitled action was brought in the Court of Common Pleas, County of Newberry, State of South Carolina, by the Plaintiff to recover from Defendant Old Dominion Freight Line, Inc. judgment for alleged personal injuries arising out of an alleged vehicular accident on or about December 17, 2019. Upon information and belief, the amount in dispute in said action exceeds, exclusive of interest and costs, the jurisdictional amount, all of which will more fully appear by the Complaint in said action, which is hereby referred to and made a part hereof, and a copy of which is attached hereto.

That the Defendant Old Dominion Freight Line, Inc. is a North Carolina corporation, whose principal place of business is at 500 Old Dominion Way, Thomasville, NC 27360. Pursuant to the Plaintiff's Complaint (¶ 1), he is a citizen of the State of Alabama. Defendant Old Dominion Freight Line, Inc. is unaware of the residency of Defendant John Doe. As such, there exists a diversity of citizenship between the party Plaintiff and the party Defendant pursuant to 28 U.S.C. §1332.

That the Defendants shall pay all costs and disbursements incurred by reason of the removal proceedings should it be determined that the said action was not removable or was improperly removed.

That said action was commenced by the service of a Summons and Complaint upon the Defendant Old Dominion Freight Line, Inc. and that this Notice of Removal is filed pursuant to 28 USC 1446 within thirty (30) days of the receipt by Defendant Old Dominion Freight Line, Inc. of the initial pleading setting forth the claim upon which relief is claimed.

That upon receipt of a file-stamped copy of the Notice of Removal from this Court, a copy will be filed with the Clerk of Court for Newberry County Common Pleas.

WHEREFORE, your Petitioners pray that this Court accept this Notice of Removal that is being filed and that this Honorable Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Newberry State of South Carolina be stayed.

CLEMENT RIVERS, LLP

By: *s/Duke R. Highfield*
Duke R. Highfield, FedID#5654
Victoria L. Anderson, FedID# 11708
John A. Woods, FedID# 13822
25 Calhoun Street, Suite 400
Charleston, SC  29401
(843) 720-5456
dhighfield@ycrlaw.com
tanderson@ycrlaw.com
jwoods@ycrlaw.com
Attorneys for Defendant Old Dominion Freight Line, Inc. and John Doe

Date: 11/1/22

- 3 -